UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

QUORDALIS SANDERS,

        Plaintiff,

v.                                                             Case No. 11-C-475

MICHAEL NIESKES, et al.,

        Defendants.

**ORDER**

Plaintiff sought leave to proceed *in forma pauperis* (IFP). Because he was on the "three strikes" list, this Court denied the motion and ordered payment of the fee. The fee has not been paid. Accordingly, the case is **DISMISSED** for failure to pay the filing fee.

**SO ORDERED** this   20th   day of September, 2011.

                                                              s/ William C. Griesbach
                                                              William C. Griesbach
                                                              United States District Judge